IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01074-PSF-PAC

QFA ROYALTIES, LLC; and
QIP HOLDER, LLC,

    Plaintiffs,

v.

MARK A. FUGA; and
DEBORAH FUGA,

    Defendants.

---

### ORDER TO SET TRO HEARING

---

This matter is before this Court on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. # 2), filed June 6, 2006.  Upon review of the file, the Court hereby

ORDERS that a hearing on plaintiffs' motion for TRO is set on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado for **Tuesday, June 20, 2006 at 1:30 p.m.**  It is

FURTHER ORDERED that plaintiff shall notify defendants and their counsel FORTHWITH of this Order.

DATED: June 7, 2006

                                                      BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge