IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01074-PSF-PAC

QFA ROYALTIES, LLC; and
QIP HOLDER, LLC,

    Plaintiffs,

v.

MARK A. FUGA; and
DEBORAH FUGA,

    Defendants.

## ORDER RE: MOTION TO ENTER AGREED PERMANENT INJUNCTION AND TO VACATE HEARING

    The Court, having reviewed Plaintiffs' Motion to Enter Agreed Permanent Injunction and to Vacate Hearing (Dkt. # 7) and the file in this matter, and being fully advised does hereby

    ORDER that Agreed Permanent Injunction, attached to the motion, is hereby entered. The Court notes that the hearing set for June 20, 2006 at 1:30 p.m. was previously vacated by Minute Order (Dkt. # 8) dated June 19, 2006.

    DATED: June 22, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*

                                            _____
                                            Phillip S. Figa
                                            United States District Judge