IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01074-PSF-PAC

QFA ROYALTIES, LLC; and
QIP HOLDER, LLC,

    Plaintiffs,

v.

MARK A. FUGA; and
DEBORAH FUGA,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

    This matter comes before the Court upon review of the record. Plaintiffs filed this case on June 6, 2006, seeking a preliminary and permanent injunction as well as other relief against defendants. Plaintiffs also sought a temporary restraining order. Before appearing before this Court, however, plaintiffs moved to vacate the scheduled hearing and to enter an agreed permanent injunction. Such permanent injunction would result in "[t]he only remaining claims [being] Quizno's claims for monetary damages." Mot. to Vacate at 2 (Dkt. # 7).

    This Court accepted the agreed permanent injunction on June 22, 2006 (Dkt. # 10), and defendants filed a status report on June 27, 2006, indicating their compliance with the permanent injunction (Dkt. # 11). In light of plaintiffs' representation that their monetary claims remain and in the absence of further case activity, this matter is hereby set for a status conference before the undersigned on **Monday, August 21,**

**2006 at 3:00 p.m.** in the Unites States District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado.

DATED: August 4, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge