IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01074-PSF-PAC

QFA ROYALTIES, LLC; and
QIP HOLDER, LLC,

    Plaintiffs,

v.

MARK A. FUGA; and
DEBORAH FUGA,

    Defendants.

_____

## ORDER
_____

Defendants' Motion to Appear by Telephone (Dkt. 13) is GRANTED. Defendants are directed set up a conference call and call chambers (303-335-2174) on **August 21, 2006, at 2:55 p.m. MST** in order to participate in the hearing by telephone. Defendants are further directed to use a **land line – no cellular, cordless or speaker phones are permitted.** It is

FURTHER ORDERED that the docketing clerk shall correct Docket Entry 12 to reflect the date of August 21, 2006, constant with the Court's August 4, 2006 Order. It is

FURTHER ORDERED that further motions in this matter which are unaccompanied by a proposed order filed in chambers, in proper format, will be denied without prejudice. The parties are DIRECTED to D.C.COLO.LCivR 5.6(A) regarding

compliance with "Electronic Case Filing Procedures for the District of Colorado," which sets forth at Section V.L. 1 and 2 the requirements for submitting proposed orders.

DATED: August 16, 2006.

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge