IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01074-PSF-PAC

QFA ROYALTIES, LLC; and
QIP HOLDER, LLC,

      Plaintiffs,

v.

MARK A. FUGA; and
DEBORAH FUGA,

      Defendants.

## ORDER OF REFERENCE OF MOTION TO MAGISTRATE JUDGE

The Court hereby ORDERS that defendants' Motion to Dismiss (Dkt. # 14) is REFERRED to Magistrate Judge Patricia A. Coan for recommendation in conjunction with renewal of settlement efforts in this matter.

DATED:  September 6, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge