IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01074-PSF-PAC

QFA ROYALTIES, LLC; and
QIP HOLDER, LLC,

    Plaintiffs,

v.

MARK A. FUGA; and
DEBORAH FUGA,

    Defendants.

## ORDER SETTING STATUS CONFERENCE

This matter comes before the Court on Plaintiffs' Status Report (Dkt. # 19), filed October 20, 2006, indicating that parties are awaiting the Magistrate Judge's scheduling of a settlement conference and rendering of a recommendation on Defendants' pending Motion to Dismiss (Dkt. # 14).  It is HEREBY ORDERED that this matter is set for a motions hearing and status conference before the undersigned on **Tuesday, November 28, 2006 at 9:30 a.m.**  Defendants may appear by telephone if arrangements are made at least 24 hours in advance with the Courtroom Deputy, Valeri Barnes, at (303)335-2087.  It is FURTHER ORDERED that the referral of Defendants'

Motion to Dismiss (Dkt. # 14) to the Magistrate Judge is withdrawn.

DATED: November 8, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge