IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01074-PSF-PAC

QFA ROYALTIES, LLC; and
QIP HOLDER, LLC,

    Plaintiffs,

v.

MARK A. FUGA; and
DEBORAH FUGA,

    Defendants.

---

**ORDER ON PLAINTIFFS' AGREED MOTION TO VACATE
STATUS CONFERENCE AND SETTLEMENT CONFERENCE**

---

The Court having reviewed Plaintiffs' Agreed Motion to Vacate Status Conference and Settlement Conference, the file in this matter and being fully advised in the premises does hereby GRANT the motion <u>in part</u>, as follows:

The status conference set for Tuesday, November 28, 2006 is VACATED.

The settlement conference currently set for December 13, 2006 at 1:30 p.m. is hereby <u>converted into a status conference before the undersigned</u>.  Defendants will be allowed to appear at such status conference by telephone upon advising Judge Figa's Chambers no later than December 11, 2006 that they wish to do so.

This case is hereby STAYED and the parties shall file a joint written status report <u>by December 11, 2006</u> if they have not filed settlement papers before that date.

DATED:  November 27, 2006        BY THE COURT:

                                                    *s/ Phillip S. Figa*
                                                    _____
                                                    Phillip S. Figa
                                                    United States District Judge