IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01074-PSF-PAC

QFA ROYALTIES, LLC; and
QIP HOLDER, LLC,

    Plaintiffs,

v.

MARK A. FUGA; and
DEBORAH FUGA,

    Defendants.

## ORDER PERMITTING CONFERENCE CALL

This matter is before the Court on the parties' Joint Status Report (Dkt. # 27), filed December 11, 2006. Upon review of the status report and the file, the Court hereby ORDERS that plaintiffs' counsel and the *pro se* defendants may participate in the status conference on December 13, 2006 at 1:30 p.m. via a conference call.

IT IS FURTHER ORDERED that counsel for the plaintiffs shall initiate a conference call with the defendants and contact Chambers (303-335-2174) at the appropriate time to be forwarded to the courtroom telephone **(no speaker, cordless or cell phones are permitted)**.

DATED: December 12, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge