**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes					Date: December 13, 2006
Court Reporter: Darlene Martinez

Civil Action No.  06-cv-01074-PSF-PAC

*Parties:*					*Counsel:*

QFA ROYALTIES, LLC; and			Leonard MacPhee
QIP HOLDER, LLC,

     Plaintiffs,

v.

MARK A. FUGA; and				Mark Fuga, *pro se*
DEBORAH FUGA,

     Defendants.

_____

**COURTROOM MINUTES**
_____

HEARING: Telephone Status Conference

**1:31 p.m.     Court in session.**

Deborah Fuga fails to appear.

Parties advise the Court as to the status of the case.

**ORDER:**     Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction **(2)** is **denied as moot** in light of Doc. # 9.

**ORDER:**     Defendants' Motion to Dismiss **(14)** is **denied as moot** in light of Doc. ## 24 and 27.

**ORDER:**     Counsel and *pro se* parties are to notify the Court on or before **December**

**31, 2006,** if the Settlement falls through.

**1:35 p.m.     Court in recess/hearing concluded.**

Total in-court time: 00:04.